**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: MOVEIT CUSTOMER DATA SECURITY
BREACH LITIGATION                                            MDL No. 3083

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –19)**

On October 4, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, 139 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Allison D. Burroughs.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Burroughs.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 4, 2023, and, with the consent of that court, assigned to the Honorable Allison D. Burroughs.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

                                                      FOR THE PANEL:

                                                      Tiffaney D. Pete
                                                     Clerk of the Panel

IN RE: MOVEIT CUSTOMER DATA SECURITY
BREACH LITIGATION                                                             MDL No. 3083

### SCHEDULE CTO–19 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 23–02619 | Copans v. Sutter Health et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 23–13763 | Clerc v. Fidelity Life Association |
| MINNESOTA | | | |
| MN | 0 | 23–02483 | In re UnitedHealthcare Student Resources Data Security Litigation |
| MN | 0 | 23–02580 | Jubran v. United HealthCare Services, Inc. |
| MN | 0 | 23–02713 | Abramowitz v. United HealthCare Services, Inc. |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 23–05884 | Zaafan v. Umpqua Bank |